CAMPBELL, JR., Intervenor-Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn and Callahan, JJ.

HENRY W. FLEXNER, Appellant, v. B. T. BABBITT, INC., Respondent, Impleaded with Others, Defendants — Order unanimously modified by granting leave to the plaintiff to serve an amended complaint within twenty days after entry of order, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

IRVING RING, Appellant, v. LOUIS LIMAN and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

IRVING RING, Respondent, v. LOUIS LIMAN and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRANCIS H. GLAZEBROOK, Appellant, v. WILLIAM M. MARTIN, as President of the NEW YORK STOCK EXCHANGE, an Unincorporated Association, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MEYER L. AGIN, Respondent, v. WILLIAM I. ALPERT, ABRAHAM ALPERT and WILLIAM H. COHEN, Appellants, Impleaded with Others, Defendants.— Orders unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MEYER L. AGIN, Respondent, v. WILLIAM I. ALPERT and Others, Defendants, Impleaded with WILLIAM H. COHEN, Appellant.— Order entered September 26, 1940, as resettled by an order entered December 3, 1940, unanimously affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD J. O'CONNOR, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN T. SULLIVAN, Petitioner, for an Order against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

IRVING TRUST COMPANY, Respondent-Appellant, v. BENANN HOLDING CORPORATION and BENJAMIN KAPLAN, Appellants-Respondents, UNION GUARANTEE & MORTGAGE COMPANY and GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, as Rehabilitator of UNION GUARANTEE & MORTGAGE COMPANY, Respondents, Impleaded with Others, Defendants.— Order modified by fixing the valuation of the property at the sum of $350,000, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to affirm.— Settle order on notice.

In the Matter of the Application of WARREN COMMERCIAL REFRIGERATOR SALES CORP., Petitioner-Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against MARTHA BYRNE, as Register of New York County, Appel-